# COUGHLIN DUFFY LLP

ATTORNEYS AT LAW

350 Mount Kemble Avenue, P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-483-0105

KELLY A. WATERS, ESQ.
DIRECT DIAL: (973) 631-6021
EMAIL: KWATERS@COUGHLINDUFFY.COM

October 2, 2013

*Electronically Filed*
Honorable William J. Martini
United States District Court Judge
United States District Court, District of New Jersey
Martin Luther King, Jr., Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *Snyder v. Farnam Companies, et al.*, Civil Action No. 10-1391

Dear Judge Martini:

This Firm is counsel to Defendants in the above-referenced matter. Enclosed please find a proposed Stipulation and Order of Dismissal with Prejudice. Should same meet with Your Honor's approval, we would request that same be entered.

Should Your Honor have any questions on the above or the attached, please do not hesitate to contact me. Thank you for your continued courtesies with respect to this matter.

Respectfully submitted,

COUGHLIN DUFFY LLP

/s/Kelly A. Waters
Kelly A. Waters

/kaw
cc:   All Counsel (Via ECF)

723870.1